**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIE LEE MADDEN, JR.** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:08CV221-LG-JMR** |
| | § | |
| **HARRISON COUNTY; GAYLE PARKER, Clerk; MICHELLE CASANO, Court Reporter; and JOHN DOES 1-20** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Amended Report and Recommendation [45] entered by Chief United States Magistrate Judge John M. Roper on February 25, 2010, the Court, after a full review and consideration of the Amended Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Amended Report and Recommendation [45] entered by Chief United States Magistrate Judge John M. Roper on February 25, 2010, be, and the same hereby is, adopted as the findings of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion for Summary Judgment [33] filed by the defendants is **GRANTED**. The plaintiff's claims against the defendants are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 25th day of March, 2010.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge